United States District Court
for the District of New Jersey

UNITED STATES OF AMERICA : 
: 
: Criminal No. 96-592
Plaintiff :
:
v. :
:
: Order of Reassignment
:
ELITH COLON-GONZALEZ :
:
Defendant :
:

It is on this 27th day of May 2008,

O R D E R E D that the entitled action is reassigned

from Judge William G. Bassler to Judge Joseph A. Greenaway.

   S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court